UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOSE RENE CANO,

    Petitioner,

v.                                          Case No. 3:24-cv-609-LC-MJF

SECRETARY, DEPARTMENT
OF CORRECTIONS,

    Respondent.
_____/

## ORDER

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated April 18, 2025. ECF No. 14. The parties were furnished a copy of the Report and Recommendation and were afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, the Court concludes that it should be adopted.

Accordingly, it is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation, ECF No. 14, is adopted and incorporated by reference in this Order.

2. Respondent's motion to dismiss, ECF No. 9, is **GRANTED**

3. The petition for writ of habeas corpus, ECF No. 7, challenging the judgment of conviction and sentence in *State of Florida v. Jose Rene Cano,* Escambia County Circuit Court Case No. 2010-CF-5629, is **DISMISSED with prejudice** as time-barred.

4. A certificate of appealability is **DENIED**.

5. The Clerk of Court is directed to close the file.

**DONE AND ORDERED** this 20th day of May, 2025.

    *s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**